IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

RUTH REGINA MOORE, *individually and on behalf of all others similary situated*,

    Plaintiff,

v.

CENTERMAC REALTY, INC.,
*a California registered company*,

    Defendant.

Case No. 2:24-cv-02969-MSN-cgc
JURY DEMAND

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed December 09, 2024.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Dismissal (ECF No. 8), filed February 20, 2025, this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

February 20, 2025
Date